| | |
|---|---|
| 1 | ROBERT P. HENK (SB# 147490) |
| | henkleonard@aol.com |
| 2 | SHERI L. LEONARD (SB# 173544) |
| | henkleonard@aol.com |
| 3 | HENKLEONARD |
| | A Professional Law corporation |
| 4 | 2260 Douglas Blvd., Suite 200 |
| | Roseville, CA 95661 |
| 5 | Telephone: (916) 787-4544 |
| | Facsimile: (916) 787-4530 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | LARRY WALTHER |

| | |
|---|---|
| 9 | KATHERINE C. HUIBONHOA (SB# 207648) |
| | katherinehuibonhoa@paulhastings.com |
| 10 | HEATHER N. MITCHELL (SB# 247509) |
| | heathermitchell@paulhastings.com |
| 11 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 12 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 13 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 14 | |
| | Attorneys for Defendant |
| 15 | UNITED PARCEL SERVICE, INC. |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LARRY WALTHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 2:09-CV-00494-JAM-KJM<br><br>(Sacramento County Superior Court Case No. 34-2008-00019192-CU-OE-GDS)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES, FED. R. CIV. P. 29 AND EASTERN DIST. CAL. L.R. 6-142(a)** |

Pursuant to Federal Rule of Civil Procedure 29 and Eastern District of California Local Rule 6-142(a), plaintiff Larry Walther and Defendant United Parcel Service, Inc. ("UPS"), through their undersigned attorneys, hereby stipulate to, and respectfully request that the Court approve, the following discovery deadlines:

1. The parties will exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before May 14, 2009. Initial Disclosures currently are due on April 30, 2009.

2. UPS will respond to plaintiff's third and fourth Demands for Inspection and Production on or before June 1, 2009. Plaintiff served these demands prior to the removal of this action to federal district court. Following removal, the parties agreed to stay all discovery, including UPS's responses to these requests, until after the Rule 26(f) conference in this action.

IT IS SO STIPULATED.

DATED: April 20, 2009
ROBERT P. HENK
SHERI L. LEONARD
HENK LEONARD, P.C.

By: /s/ *Robert P. Henk*
Robert P. Henk

Attorneys for Plaintiff
LARRY WALTHER

DATED: April 20, 2009
KATHERINE C. HUIBONHOA
HEATHER N. MITCHELL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ *Heather N. Mitchell*
Heather N. Mitchell

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 61530651.1 - 1 - JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court hereby approves the discovery deadlines set forth in the parties' Joint Stipulation To Extend Discovery Deadlines.

IT IS SO ORDERED.

DATED: April 21, 2009

<u>/s/ John A. Mendez</u>

Hon. John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com