1  ROBERT P. HENK (SB# 147490)
   henkleonard@aol.com
2  SHERI L. LEONARD (SB# 173544)
   henkleonard@aol.com
3  HENKLEONARD
   A Professional Law corporation
4  2260 Douglas Blvd., Suite 200
   Roseville, CA  95661
5  Telephone:  (916) 787-4544
   Facsimile:  (916) 787-4530
6
   Attorneys for Plaintiff
7  LARRY WALTHER

8

9  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
10 HEATHER N. MITCHELL (SB# 247509)
   heathermitchell@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
12 Twenty-Fourth Floor
   San Francisco, CA  94105-3441
13 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
14
   Attorneys for Defendant
15 UNITED PARCEL SERVICE, INC.

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19                         SACRAMENTO DIVISION

20

21 | LARRY WALTHER,                              | CASE NO. 2:09-CV-00494-JAM-KJM
22 |             Plaintiff,                      | (Sacramento County Superior Court Case No. 34-2008-00019192-CU-OE-GDS)
23 |       vs.                                   |
24 | UNITED PARCEL SERVICE, INC. and             | **JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE, FED. R. CIV. P. 29 AND EASTERN DIST. CAL. L.R. 6-144(a)**
   | DOES 1 through 20, inclusive,               |
25
26 |             Defendants.                     |

27

28

LEGAL_US_W # 61872970.1                        JOINT STIPULATION TO EXTEND
                                                    DISCOVERY DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Federal Rule of Civil Procedure 29 and Eastern District of California Local Rule 6-144(a), plaintiff Larry Walther and Defendant United Parcel Service, Inc. ("UPS"), through their undersigned attorneys, hereby stipulate to, and respectfully request that the Court approve, the following discovery deadlines:

UPS will respond to plaintiff's third and fourth Demands for Inspection and Production on or before June 15, 2009.

IT IS SO STIPULATED.

DATED: May 29, 2009

ROBERT P. HENK
SHERI L. LEONARD
HENK LEONARD, P.C.

By: /s/        *Sheri L. Leonard*
            Sheri L. Leonard

Attorneys for Plaintiff
LARRY WALTHER

DATED: May 29, 2009

KATHERINE C. HUIBONHOA
HEATHER N. MITCHELL
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/        *Heather N. Mitchell*
            Heather N. Mitchell

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 61872970.1                - 1 -                JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court hereby approves the deadline set forth in the parties' Joint Stipulation To Extend Discovery Deadline.

IT IS SO ORDERED.

DATED: May 29, 2009

/s/ John A. Mendez
Honorable John A. Mendez

LEGAL_US_W # 61872970.1                                                              -2-                     JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com