Robert P. Henk (147490)
Sheri L. Leonard (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd, Suite 200
Roseville, CA 95661
Telephone:     (916) 787-4544
Fax:                (916) 787-4530

Attorneys for Plaintiff,
**LARRY WALTHER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WALTHER**,<br><br>        Plaintiff,<br><br>    vs.<br><br>**UNITED PARCEL SERVICE, INC.** and **DOES 1 through 20**, inclusive,<br><br>        Defendants. | Case No.: 2:09-CV-00494-JAM-KJM<br><br>**ORDER GRANTING PLAINTIFF, LARRY WALTHER'S,** *EX PARTE* **MOTION TO FILE CONFIDENTIAL EXHIBIT UNDER SEAL**<br><br>**Date:**  N/A<br>**Time:**  N/A<br>**Ctrm:**   6<br>**Judge: Hon. John A. Mendez** |

Plaintiff, Larry Walther's Motion, pursuant to Local Rule 39-141 and the Joint Stipulation and Order Regarding Confidentiality Agreement, dated May 8, 2009, To File Confidential Exhibit Under Seal, if hereby GRANTED for good cause shown.

Exhibits "A" and "B", to the Declaration of Sheri L. Leonard, Esq., in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative Summary Adjudication of Issues, shall be filed under seal.

///

///

1

[Proposed] Order Granting Plaintiff's Ex Parte Motion to File Confidential Exhibits Under Seal

PDF created with pdfFactory trial version www.pdffactory.com

1 |     **IT IS SO ORDERED.**

3 | DATED: 12/30/2009          /s/ John A. Mendez
                                         **HONORABLE JOHN A. MENDEZ**
                                           **JUDGE OF THE EASTERN DISTRICT**
                                           **COURT OF CALIFORNIA**

[Proposed] Order Granting Plaintiff's Ex Parte Motion to File Confidential Exhibits Under Seal

PDF created with pdfFactory trial version www.pdffactory.com