1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| LARRY WALTHER, | CASE NO. 2:09-CV-00494-JAM-KJN |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO FILE *AMENDED* WITNESS AND EXHIBIT LISTS** |
| vs. | |
| UNITED PARCEL SERVICE, INC. and DOES 1 through 20, inclusive, | Trial Date:   May 24, 2010<br>Time:         9:00 a.m.<br>Courtroom:  6<br>Judge:        Hon. John A. Mendez |
| Defendants. | |

Pursuant to the parties' Joint Stipulation to File *Amended* Witness and Exhibit Lists, and in the interest of simplifying the issues at trial and preserving judicial and party resources, and good cause appearing therefor,

IT IS ORDERED that the following amended witness and exhibit lists shall be adopted by the Court for trial in this matter:

- Plaintiff Larry Walther's *Amended* Witness List, attached to the parties' Joint Stipulation as Exhibit A.
- Defendant United Parcel Service, Inc.'s *Amended* Witness List, attached to the parties' Joint Stipulation as Exhibit B.
- Plaintiff Larry Walther's Second *Amended* Exhibit List, attached to the parties' Joint Stipulation as Exhibit C.
- United Parcel Service, Inc.'s Second *Amended* Exhibit List, attached to the parties' Joint Stipulation as Exhibit D.

Dated:  May 13, 2010              /s/ John A. Mendez
                                    The Honorable John A. Mendez
                                    United States District Court Judge

LEGAL_US_W # 64663617.1                 -1-         [PROPOSED] ORDER GRANTING JOINT STIPULATION TO FILE *AMENDED* WITNESS AND EXHIBIT LISTS

PDF created with pdfFactory trial version www.pdffactory.com