1  ROBERT P. HENK (SB# 147490)
   henkleonard@aol.com
2  SHERI L. LEONARD (SB# 173544)
   henkleonard@aol.com
3  HENKLEONARD
   A Professional Law corporation
4  2260 Douglas Blvd., Suite 200
   Roseville, CA  95661
5  Telephone:  (916) 787-4544
   Facsimile:  (916) 787-4530
6
   Attorneys for Plaintiff
7  LARRY WALTHER

8  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
9  GREGGORY W. DALTON (SB# 252000)
   greggorydalton@paulhastings.com
10 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
11 Twenty-Fourth Floor
   San Francisco, CA  94105-3441
12 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
13
   Attorneys for Defendant
14 UNITED PARCEL SERVICE, INC.

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18                         SACRAMENTO DIVISION

19

20 | LARRY WALTHER,                          | CASE NO. 2:09-CV-00494-JAM-KJN
21 |              Plaintiff,                 | **STIPULATION TO EXTEND TIME FOR DEFENDANT UNITED PARCEL SERVICE, INC. TO FILE MOTION FOR ATTORNEYS' FEES**
22 |     vs.                                 |
23 | UNITED PARCEL SERVICE, INC. and DOES 1 through 20, inclusive, | E.D. Cal. Civ. L.R. 143, 144
24 |              Defendants.                |
25 |                                         | Courtroom:   6
                                              Judge:       Honorable John A. Mendez
26
27
28

LEGAL_US_W # 64983660.1                              STIP. TO EXTEND TIME FOR
                                                     ATTORNEYS' FEES MOTION

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS:**

1. The Court entered judgment in this matter in favor of UPS and against Plaintiff on all claims for relief asserted in the complaint on June 1, 2010 (*see* Docket No. 144).

2. Pursuant to Civil Local Rule 293, UPS must file its motion for attorneys' fees no later than twenty-eight (28) days after the entry of judgment, or by June 29, 2010.

3. The parties currently are discussing a possible resolution of any and all remaining issues in this case.

4. The parties anticipate that the finalization of any such resolution would not occur until after June 29, 2010.

5. If the parties reach agreement on such a resolution, UPS will not file a motion for attorneys' fees in this matter.

6. There have been no previous extensions for this motion, and the parties' requested extension of time will have no effect on any other dates in this case.

**STIPULATION**

Accordingly, pursuant to Civil Local Rules 143 and 144, Plaintiff Larry Walther and Defendant United Parcel Service, Inc. ("UPS"), through their respective counsel of record, hereby **STIPULATE** that UPS shall have to and including July 29, 2010, to file a motion for attorneys' fees in this matter.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June __, 2010

ROBERT P. HENK
SHERI L. LEONARD
HENK LEONARD, P.C.

By: _____
        SHERI L. LEONARD

Attorneys for Plaintiff
LARRY WALTHER

DATED: June __, 2010

E. JEFFREY GRUBE
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        GREGGORY W. DALTON

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

**IT IS SO ORDERED.**

DATED: June 16, 2010

/s/ John A. Mendez
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com